NOT FOR PUBLICATION                                                                                     (Doc. No. 11)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| KISS ELECTRIC, LLC, | : |
| Plaintiff, | : |
| v. | : Civil No. 14-3281 (RBK/AMD) |
|  | : **ORDER** |
| WATERWORLD FIBERGLASS POOLS, N.E., INC., | : |
| Defendant. | : |

**KUGLER**, United States District Judge:

**THIS MATTER** having come before the Court upon Plaintiff Kiss Electric, LLC's ("Plaintiff") Motion for Default Judgment pursuant Fed. R. Civ. P. 55(b)(2) against Defendant Waterworld Fiberglass Pools, N.E., Inc. ("Defendant") (Doc. No. 11), and the Court having considered the moving papers; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED**, and **PARTIAL JUDGEMENT** is entered in favor of Plaintiff against Defendant in the amount of $21,425.00.

**IT IS HEREBY FURTHER ORDERED** that within **twenty-one (21) days** of this Order Plaintiff shall submit the additional documentation requested by the Court in the accompanying Opinion, supporting the remainder of the damages it seeks, including the attorneys' fees and expenses sought pursuant to the New Jersey Prompt Payment Act, in accordance with the applicable case law and Rules of Court.

**IT IS HEREBY FURTHER ORDERED** that Defendant shall cease and desist all use of any and all documents containing Plaintiff's Electrician's Stamp and shall destroy or return said documents to Plaintiff within **seven (7) days** of the date of this Order.

**IT IS HEREBY FURTHER ORDERED** that Plaintiff shall serve a copy of this Order upon Defendant within **four (4) days** of the entry of this Order.


Dated:   3/25/2015                                             s/ Robert B. Kugler
                                                              ROBERT B. KUGLER
                                                              United States District Judge